Robert L. DELANO

v.

Philip REED.

Supreme Judicial Court of Maine.

Argued May 12, 1983.

Decided Aug. 16, 1983.

R. James Davidson (orally), Waldoboro, for plaintiff.

Hart, Stinson, Lupton & Weiss, P.A. by Carl W. Stinson (orally), D. Michael Frink, Bath, Domenic P. Cuccinello, Thomaston, for defendant.

Before GODFREY, NICHOLS, ROBERTS, VIOLETTE and WATHEN, JJ., and DUFRESNE, A.R.J.

MEMORANDUM OF DECISION.

Judgment of the Superior Court AFFIRMED by an evenly divided Court.